UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

JACK ROBINSON PLAINTIFF
67 STRAWBERRY LANE STATEN ISLAND
NEW YORK 10312

HONORABLE NICHOLAS T. GARAFUFIS U.S.D.C.J.

UNITED STATES DISTRICT COURT

EASTREN DISTRICT OF NEW YORK

| | |
|---|---|
| Jack robinson,<br><br>       Plaintiff,<br><br>   vs.<br><br>United States Probation Department,<br><br>       Defendant | Case No.: No. CR-00948 02 (NGG)<br><br>EMERGENCY PETITION UNDER TITLE 18, U.S.CODES FOR CHANGES IN SUPERVISED RELEASE STATUS |

RECEIVED MAR 18 2008 PRO SE OFFICE

RE: meeting march 12, 2008
With U.S.P.O. HARRY COLLINS

   Now comes the plaintiff in this action and request the following relief and states as follows in support thereof.

1) In December 2005 the honorable Nicholas T.Garafufis sentenced the petitioner to a 41 month sentence followed by 3 yr's of supervised release.with the usual standard conditions.

                    Plaintiff is actively involved in civil litigation with the federal bureau of prisons, and individual employee's for horrific behavior to include anti-emetic ridicule as well as physical abuse

CHANGE OF SUPERVISED RELEASE STATUS - 1

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

This behavior has caused petitioner mental anguish extreme anxiety, sleeplessness, and posttraumatic stress, from previous anti Semitic treatment.

2) Petitioner is working closely with various Jewish advocacy groups and, is planning a hospitalization for his mental health care; Plaintiff has applied for S.S.D.I. AND WILL MOST LIKELY BE DEEMED DISABLED AFTER HIS HORIFFIC ORDEAL AT M.D.C. BROOKLYN.
3) With these premises set forth herein it is clear to see that petitioner is incapable of seeking or maintaining employment at this time and will soon be deemed disabled.
4) On March 12,2008 U.S.P.O. Harry Collins Imposed a 90 day home confinement sanction on plaintiff for failing to secure employment within the first 90 days of release. Again various civil advocacy groups, New York Board of Rabbis, Anti-Deformation League, and the civil liberties are all actively involved in this matter and would agree the trauma placed on this 7day war veteran were extreme and cruel, and that the employment condition should be waived.
5)

CLOSING

In Keeping with the factors and premises set forth herein as described in title 18, sections A1 A2B A2C A2D A4 A5 AND A6, AND A7 Placing the petitioner on home monitoring is punitive, petitioner has broken no laws and lives a serene lifestyle further sanctions are suprifoulos and unwarranted his failure to secure employment are the result of serological difficulty.

WHEREFORE:
Petitioner prays this court grant the following relief

1) To stay the current order by the U.S.P.O. UNTIL THE COURT HAS THE ABILITY TO HEAR FROM PROMINENT COMMUNITY MEMBERS, AND THE DIFFICULTIES THE PLAINTIFF IS EXPERIENCING COPING WITH SIMPLE TASK.

2) UPON THE COURT RECEIVING ALL NEEDED DOCUMENTS FROM DOCTORS, AND COMMUNITY ADOCATES TO WAIVE THE WORK REQUIREMENT FROM PLAINTIFF, TO ALLOW PETITIONER TO RECOVER.

3) ANY FURTHER RELIEF THIS COURT FINDS TO BE EQUITABLE AND JUST.

Submitted this 14th day of March 2008
  For Jack Robinson
  67 STRAWBERRY LANE
  STATEEN ISLAND NEW YORK, 10312

ROBINSON PLEADING PG 2 OF 2

CHANGE OF SUPERVISED RELEASE STATUS - 2

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

# CERTIFICATION OF SERVICE

    I JACK ROBONSON CERTIFY THAT A COPY OF THIS PLEADING HAS BEEN MAILED VIA FIRST CLASS MAIL RETURN RECEIPT REQUEST TO THE OFFICE OF THE UNITED STATES PROBATION DEPARTMENT 75 CLINTON STREET BROOKLYN NEW YORK ATTENTION: U.S.P.O. HARRY COLLINS THIS 14TH DAY OF MARCH 2009

                                              JACK ROBINSON
                                              67 STRAWBERRY LANE
                                         STATEN ISLAND NEW YORK 10312



**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAR 18 2008 ★
**BROOKLYN OFFICE**

/s/ Jack Robinson

RECEIVED
PRO SE OFFICE