**DOCKET NUMBER**: CR 02-948 (NGG)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**Date Received By Docket Clerk**:_____   **Docket Clerk Initials**:_____

**BEFORE JUDGE**: GARAUFIS  **DATE: FEBRUARY 16, 2011  TIME IN COURT** __ **HRS**   30   **MINS**
@ 11:00 AM

**1. DEFENDANT**:  JACK ROBINSON

Present X   Not Present             Custody      Not Custody X

**DEFENSE COUNSEL**: NO DEFENSE ATTORNEY PRESENT

 Federal Defender   CJA                RETAINED

**2. DEFENDANT**:

**DEFENSE COUNSEL**:

**3. DEFENDANT**:

**DEFENSE COUNSEL**:

**4. DEFENDANT**:

**DEFENSE COUNSEL**:


**A.U.S.A.**: WILLIAM SARRATT

**COURT REPORTER: GENE RUDOLPH**

**INTERPRETER:   LANGUAGE:**

| | | |
|---|---|---|
| ☐ Change of Plea Hearing (*~Util-Plea Entered*) | ❏ | Revocation of Probation contested |
| ☐ Arraignment | ☐ | Sentencing on a violation |
| ☐ Pre Trial Conference | ☐ | Motion Hearing |
| X Violation | ☐ | Hearing |
| ☐ Status Conference | | Sentencing |
| ☐ Bail Revocation Hearing | ☐ | Motion for sentence reduction |
| ❏ Voir Dire Begun | | |

❏ Voir Dire Held        ☐   Jury selection      ☐ Jury trial

❏   Jury Trial Death Penalty     ❏     Sentence enhancement Phase       ❏       Bench Trial Begun

**Speedy Trial Start:   Speedy Trial Stop:   CODE TYPE:** XT

**Do these minutes contain ruling(s) on motion(s)?**        YES                NO     X


ATTORNEY WILLIAM J. STAMPUR IS APPOINTED TO REPRESENT THE DEFENDANT PURSUANT TO CJA.  NEXT S/C IS SCHEDULED FOR FRIDAY, MARCH 18, 2011 AT 9:45 A.M.